UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-242-1FL

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          ORDER OF JUDICIAL REMOVAL
                                  )
RANO SHAVKATOVNA BAKHRAMOVA       )

Upon application of the United States and upon receipt of the Stipulated Request for Judicial Removal of RANO SHAVKATOVNA BAKHRAMOVA; and upon all prior proceedings and submissions in this matter and full consideration having been given to the matters set forth therein, the Court finds:

(A) The defendant is not a citizen or national of the United States.

(B) The defendant is a native of Uzbekistan and a citizen of Uzbekistan.

(C) On December 14, 2001 the Defendant entered the United States as a non-immigrant visitor for pleasure (B-2) with authorization to remain in the United States for a period not to exceed June 13, 2002.

(D) On March 3, 2009 the Defendant's immigration status was adjusted to that of a Conditional Resident Alien (CR-6) based on a petition filed by a known person (United States Citizen) who engaged in a civil marriage to the Defendant for the sole purpose of evading and circumventing the immigration laws.

(E) At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the Court for the offense of Making a Material False Statement or Representation, in violation of 18 U.S.C. 1001.

(F) A maximum sentence of five (5) years, a maximum fine of $250,000, three (3) years supervised release and a special assessment of $100 may be imposed for this offense.

1

(G) At the time of sentencing the defendant will be subject to removal under 8 U.S.C. 1227(a)(1)(G)(ii), 8 U.S.C. 1227(a)(2)(A)(i)(1)and 8 U.S.C. 1227(a)(1)(C)(I), as it relates to 8 U.S.C. 1182 (a)(6)(C)(i).

(H) The Defendant has waived any and all forms of relief from removal.

(I) The Defendant has designated the country of Uzbekistan for removal.

WHEREFORE, IT IS HEREBY ORDERED pursuant to 8 U.S.C. Section 1228(c)(5) that:

The defendant, allowed to remain with consent of the government on conditions of release, shall be removed from the United States promptly, and that the defendant is ordered removed to Uzbekistan.

Also as ordered by the court, defendant's passport was turned over by the United States Probation Office to the immigration authority in attendance March 25, 2011, with copy of the same provided to defendant.

It is the court's understanding that the government will convey the passport promptly to the Embassy of the Republic of Uzbekistan for processing of defendant's visa and any related travel documentation necessary to affect her removal.     In accordance with agreements and understanding reached as between the parties at sentencing, the government will provide notice to defendant, through counsel, of the passport's dispatch and receipt by the Embassy, in aid to defendant's own efforts to obtain necessary travel documentation on behalf of her minor child. Said efforts it appears will need to be coordinated as defendant's passport will be required also in order to secure issuance of the child's visa, if the child is to accompany defendant as desired.

IT IS SO ORDERED this 27th day of March,2011.

Louise W. Flanagan
Chief U.S. District Judge
Eastern District of North Carolina

2